**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**EDWARD JONES**                                                                                          **PLAINTIFF**

**v.**                                    **Case No. 2:20-cv-000115-LPR**

**CANDACE EDWARD; PAUL**
**FORT, PLC; BRYCE COOK, PLC**                                                      **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 8th day of June, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE